IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:01CR00008-001F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF REMISSION |
| ) | |
| RAEFORD NATHANIEL MUNN, ) | |
| ) | |
| Defendant. ) | |

It having been shown reasonable efforts to collect the ordered fine in this action are not likely to be effective, the Court hereby orders that the unpaid fine imposed is hereby remitted in the interest of justice. 18 U.S.C. § 3573.

So ordered this 17th day of October, 2011.

```
                                 [signature]
                         United States District Judge
```